**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 19 cv 7431 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Chicago, et al. | ) | |
| | ) | |
| Defendants. | ) | **JUDGE COLEMAN** |

**JOINT STATUS REPORT**

NOW COME the parties, by their attorneys of record, and for their Joint Status Report state as follows:

**1. The Nature of the Case**:

   a. The attorneys of record for Plaintiff are Garrett Browne (lead trial attorney) and Edward Fox. The attorney of record for the City of Chicago is Bret Kabacinski (lead attorney). Lastly, the attorneys of record for Defendant Officers Johnson, Bruno, Chesna, Brown, Jones, Padalino, Miles, Davis, Iglesias, and Grubisic are Laniya Moore (lead attorney), Mark Winistorfer, Max Boose and Allison Romelfanger.

   b. Plaintiff's complaint alleges civil rights claims of false arrest and unreasonable pretrial detention against Defendant Officers. Additionally, Plaintiff has alleged an Illinois tort claim of malicious prosecution against Defendant Officers and the City of Chicago.

   c. The major factual and legal issues relate to whether the Defendant Officers had probable cause to arrest, detain, and prosecute Plaintiff, and any alleged damages that were caused by those actions. Additionally there is a legal issue as to whether the Defendant Officers are entitled to qualified immunity.

   d. Plaintiff is seeking to recover compensatory and punitive damages that he claims resulted from his arrest, detention and prosecution.

   e. The general status of the case is that all the defendants have answered the complaint.

**2. Pending Motions**:

   a. The are no motions currently pending.

  b. The court has not set any deadlines.

3. **Proposed Discovery Schedule:**

  a. Generally the parties will require written and oral discovery regarding the events relating to Plaintiff's arrest, detention, prosecution, and any damages that Plaintiff alleges he sustained.

  b. The parties respectfully submit the following propose discovery schedule:

    1. The parties will serve discovery requests by: June 30, 2020.

    2. All fact discovery will be completed by: December 18, 2020.

    3. The parties do not anticipate expert discovery at this time.

4. **Trial:**

  a. A jury trial has been requested.

  b. The probable length of trial is approximately five (5) days.

5. **Status of Settlement Discussions:**

  a. The parties have not engaged in any settlement discussions.

  b. The parties are not requesting a settlement conference at this time.

  c. The parties are not interested in pursuing arbitration or mediation.

6. **Consent to Proceed Before the Magistrate Judge:**

  a. The parties do not unanimously consent to proceed before a Magistrate Judge.

      BY: s/Garrett Browne
         Attorney for Plaintiff
         ED FOX & ASSOCIATES, Ltd.
         300 West Adams, Suite 330
         Chicago, Illinois 60606
         (312) 345-8877
         gbrowne@efoxlaw.com


         /s/Laniya Moore

Attorney for Defendant Officers Johnson,
Bruno, Chesna, Brown, Jones, Padalino,
Miles, Davis, Iglesias, and Grubisic
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 742-3902

/s/Bret Kabacinski
Attorney for City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 742-1842